```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    20cr52-2(DLC)
                                         :
             -v-                         :    ORDER
                                         :
EDWARD ABREU,                            :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 3, 2021, the Government requested a Curcio hearing for defendants Edward Abreu, Alicia Arias, and Edgar Montes. Accordingly, it is hereby

ORDERED that a Curcio hearing is scheduled to occur on **March 24, 2021** at **11:00 AM** for defendant Abreu.  The defendant is incarcerated.  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference. Accordingly,

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **March 18, 2021**:

    1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         March 10, 2021

_____
DENISE COTE
United States District Judge