UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------
EDWARD ABREU,

                Movant,

      -against-

UNITED STATES OF AMERICA,

              Respondent.
---------------------------------------

21-CV-10122 (DLC)

20-CR-00052 (DLC)

ORDER

DENISE COTE, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, it is hereby

ORDERED that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

IT IS FURTHER ORDERED that any response to this motion is stayed pending further Order of this Court.

SO ORDERED.

Dated: November 30, 2021
       New York, New York

                                      DENISE COTE
                               United States District Judge