```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
EDWARD ABREU,                             :
                                          :      21cv10122 (DLC)
                         Petitioner,      :      20cr52-2 (DLC)
          -v-                             :
                                          :         ORDER
UNITED STATES OF AMERICA,                 :
                                          :
                         Respondent.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On December 4, 2023, the mandate issued in the petitioner's appeal. The Court of Appeals remanded the appeal for the District Court to conduct a hearing on the petitioner's § 2255 petition to determine whether the petitioner "was independently aware of his right to appeal and chose not to exercise that right." Accordingly, it is hereby

ORDERED that by December 20, 2023, the parties shall consult and propose a schedule for resolution of this issue.

Dated:  New York, New York
        December 6, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge