**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------x
              :

UNITED STATES OF AMERICA        :

    -against-            :

                  :         **ORDER**

EDWARD ABREU            :

                  :       **20cr52-2**
                        Docket #
-------------------------------------x

      Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act.  Upon the request of the undersigned attorney and the consent of the defendant, and

      According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

      IT IS HEREBY ORDERED that _____ Andrew Freifeld _____ is appointed to represent the defendant.  This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

_____
Edward A breu /AF
Defendant's Signature

Andrew Freifeld
Print Attorney's Name

PO Box 3196
Address

New York, NY 10008

917-553-6030
Telephone

SO ORDERED:

_____     1/5/24
Presiding Judge     nunc pro tunc for 1/3/24     DATED

_____     1/5/2024
NPT 1/3/2024     DATED
Laura Taylor Swain
Chief Judge