UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :
          -v-                         :        20cr52-2 (DLC)
                                      :
EDWARD ABREU,                         :              ORDER
                                      :
                    Defendant.        :
                                      :
--------------------------------------X

DENISE COTE, District Judge:

     On February 1, 2024, appointed counsel for petitioner

Edward Abreu filed a proposed Order regarding the attorney

client privilege waiver.  It is hereby

     ORDERED that the Government shall file any opposition to

this proposal by Friday, February 9.

     IT IS FURTHER ORDERED that the submission dates for further

filings shall be in 30-day intervals, as opposed to 60-day

intervals, now that Abreu has counsel appointed to represent

him.

Dated:    New York, New York
          February 5, 2024


                              _____
                                    DENISE COTE
                              United States District Judge