UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                      :
EDWARD ABREU,                         :
                                      :
                         Petitioner,  :        20cr52-2 (DLC)
                                      :        21cv10122 (DLC)
              -v-                     :
                                      :        OPINION AND ORDER
UNITED STATES OF AMERICA,             :
                                      :
                         Respondent.  :
                                      :
------------------------------------ X

DENISE COTE, District Judge:

In his November 29, 2021 petition, Edward Abreu ("Abreu")
represented that his trial counsel told him that he "could not
file a[n] appeal" of his conviction. As described in the
Opinion issued today, the Court has found by clear and
convincing evidence that Abreu's trial counsel did not tell him
that he could not file an appeal of his conviction. In support
of his petition, Abreu's current counsel appears to present a
new argument, specifically, that prior counsel did not consult
with Abreu adequately about his right to appeal. Accordingly,
it is hereby

ORDERED that any submission by Abreu regarding his trial
counsel's failure to consult with him adequately regarding his
right to appeal is due **September 20, 2024**. If Abreu does not
wish to pursue such an argument, he shall promptly notify the
Court.

IT IS FURTHER ORDERED that the Government shall respond to the defendant's submission by **October 4, 2024**; any reply by the defendant is due **October 11.**

Dated:  New York, New York
         August 29, 2024

_____
DENISE COTE
United States District Judge